UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JUAN LANDEROS GUILLEN,** § § § § | |
| Petitioner, | |
| VS. § § § § § § § § | **CIVIL ACTION NO. 4:26-CV-0600** |
| **GRANT DICKEY,** *et al.*, | |
| Respondents. | |

## ORDER

The Court requires additional information concerning the Government's Motion for Reconsideration (ECF No. 7) by March 2, 2026. Each Party should file a brief discussing how procedural due process, as set forth in *Mathews v. Eldridge*, 424 U.S. 319 (1976), applies to Petitioner's detention. Parties may also raise any additional arguments they wish the Court to consider. Briefs are not to exceed five pages.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of February, 2026.

Keith P. Ellison
United States District Judge